IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARSAAN NEWMAN, | § | |
| | § | |
| Defendant Below- | § | No. 478, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1202018751 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: December 21, 2015
Decided: February 9, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 9th day of February 2016, having considered the opening brief, motion to affirm, and record on appeal, we find it evident that the judgment of the Superior Court denying the appellant's motion for correction of sentence should be affirmed for the reason assigned in its August 14, 2015 order, holding that the designation of the appellant's predicate felonies as violent or non-violent was irrelevant to determining his current status as a habitual offender under 11 *Del. C.* § 4214(a).[1]

---

[1] *Cropper v. State*, 2006 WL 2827640, *1 (Del. Oct. 2, 2006) ("Any felony conviction can qualify as a predicate felony under § 4214(a).").

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Justice